UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA L. STOWERS, | Case No. 1:20-cv-00292-AWI-EPG |
| Plaintiff, | SCREENING ORDER |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF |
| CREDIT ONE BANK, N.A., | |
| Defendant. | (ECF No. 1) |

Plaintiff, Johanna L. Stowers, is proceeding *pro se* and *in forma pauperis* with this action. Plaintiff initiated this action on February 26, 2020, with the filing of a complaint. (ECF No. 1.)

The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and finds that the complaint sufficiently states a cognizable claim under the Telephone Consumer Protection Act, the Fair Debt Collections Practices Act, and the Rosenthal Fair Debt Collection Practices Act to proceed past the screening stage. The Court also finds the complaint appropriate for service of process.

Accordingly, it is ORDERED that:

1. This case proceed on Plaintiff's claims under the Telephone Consumer Protection Act, the Fair Debt Collections Practices Act, and the Rosenthal Fair Debt Collection Practices Act.
2. Service is appropriate for the following defendant(s):

      **a. Credit One Bank, N.A.**

3. The Clerk of Court shall SEND Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Complaint filed on February 26, 2020 (ECF No. 1);

4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Two completed USM-285 forms (one for delivery to an agent of the corporation and one for mailing to the corporation);

    b. Two completed summons for Citibank, N.A.;

    c. Three (3) copies of the Complaint filed on February 26, 2020 (ECF No. 1).

5. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve defendant, Credit One Bank, N.A., pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated:   **July 6, 2020**                 /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE