1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

JOHANNA L. STOWERS,

Case No. 1-20-cv-00292-AWI-EPG

10

Plaintiff,

ORDER DIRECTING PLAINTIFF TO FILE WRITTEN STATUS REPORT WITHIN FOURTEEN DAYS

11

v.

12

CREDIT ONE BANK, N.A.,

13

Defendant.

14        Plaintiff Johanna L. Stowers ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in

15   this action. (ECF No. 1.) On July 6, 2020, the Court screened Plaintiff's complaint and found that

16   it was appropriate for service of process. (ECF No. 4.) On July 28, 2020, the Court entered an

17   order directing the U.S. Marshal to serve Defendant Credit One Bank, N.A. ("Defendant"). (ECF

18   No. 6.) On August 24, 2020, the U.S. Marshal mailed Defendant a request for waiver of service.

19   (ECF No. 7.) On September 10, 2020, Defendant returned a signed waiver of service. (ECF No.

20   8.)

21        A defendant who has timely waiver service "must serve an answer within 60 days after the

22   request for a waiver was sent." Fed. R. Civ. P. 12(a)(1)(A); *see also* Fed. R. Civ. P. 4(d)(3) ("A

23   defendant who, after being served with process, timely returns a waiver, need not serve an answer

24   to the complaint until 60 days after the request was sent[.]"). Pursuant to Federal Rule of Civil

25   Procedure 55, default may be entered against a party against whom a judgment for affirmative

26   relief is sought who fails to plead or otherwise defend against the action. *See* Fed. R. Civ. P.

27   55(a). A party may then request entry of default judgment against a defaulted party. *See* Fed. R.

28   Civ. P. 55(b).

Here, it appears that the deadline for Defendant to respond to the complaint was October 23, 2020. A review of the docket indicates that Defendant has not filed a response or otherwise appeared in this case and Plaintiff has not requested entry of default against Defendant.

Accordingly, IT IS ORDERED that, within fourteen (14) days of service of this order, Plaintiff shall file a written statement regarding the status of this matter and how Plaintiff intends to proceed in light of Defendant's apparent failure to respond to the complaint.

IT IS SO ORDERED.

Dated:   **November 23, 2020**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE