

FILED

JAN 05 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA L. STOWERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>　　　　Defendant. | Case No. 1-20-cv-00292-AWI-EPG<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Johanna L. Stowers gives notice that the above-captioned action is voluntarily dismissed with prejudice.  In accordance with the Federal Rules of Civil Procedure, Stowers states that this notice has been filed prior to service by Defendant of an answer or of a motion for summary judgment.

Dated:  December 23, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　___/s/___Johanna_L._Stowers____
　　　　　　　　　　　　　　　　　　　　　　　　Johanna L Stowers, Plaintiff, In Pro Per
　　　　　　　　　　　　　　　　　　　　　　　　606 Jefferson Street
　　　　　　　　　　　　　　　　　　　　　　　　Bakersfield, CA 93305
　　　　　　　　　　　　　　　　　　　　　　　　(661) 376-5582

AO 72
(Rev. 8/82)