UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA L. STOWERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>　　　　Defendant. | Case No. 1-20-cv-00292-AWI-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 13) |

　　　　On January 5, 2021, Plaintiff Johanna L. Stowers filed a notice of voluntary dismissal of this entire action with prejudice. (ECF No. 13.) Defendant has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　　Dated:　**January 7, 2021**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE